No. 622. EL PUEBLO, APELADO, *v.* DÍAZ, APELANTE.—Apelación procedente de la Corte de Distrito de Humacao. Resuelto en octubre 17, 1913. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

———

No. 1039. GEIGEL, DEMANDANTE Y APELANTE, *v.* SUCESIÓN JUARBE, DEMANDADA Y APELADA.—Apelación procedente de la Corte de Distrito de Aguadilla. Moción de la parte apelada para que se desestime la apelación. Resuelto en octubre 20, 1913. Desestimada la apelación por no haberse radicado la transcripción de autos. Abogado de la apelada: *Sr. Juan B. Soto.* El apelante no compareció.

———

No. 1040. CAUTIÑO ET AL., DEMANDANTES Y APELADOS, *v.* MUÑOZ VÁZQUEZ ET AL., DEMANDADOS Y APELANTES.—Apelación procedente de la Corte de Distrito de Guayama. Moción de la parte apelante desistiendo de la apelación. Resuelto en octubre 22, 1913. Con lugar la moción. Abogado de los apelantes: *Sr. José C. Ramos.* La parte apelada no compareció.